

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2016
```

April 20, 2016

**BY ECF and E-MAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Israel Torres*, 15 Cr. 877 (PAE)

Dear Judge Engelmayer:

Defendant Israel Torres is currently scheduled to be sentenced on May 10, 2016. The final pre-sentence investigation report has now been issued and calculates the defendant's Guidelines range to be 151 to 188 months' imprisonment, consistent with the Government's position set forth in a *Pimentel* letter dated January 21, 2016. The defendant has submitted several legal objections to this calculation which, if sustained, would significantly reduce the applicable Guidelines range. However, the parties anticipate that their disputes will be resolved and/or mooted by the resolution of a case currently pending before the Second Circuit. *See United States* v. *Elvin Hill*, No. 14-3872 (argued Nov. 12, 2015). As discussed with the Court at the time of the defendant's plea, the parties have conferred regarding whether to proceed with the current sentencing date or await decision in *Hill*. The parties jointly request that the Court adjourn the current sentencing date and set a control date during the month of June. If this request is granted, the parties would jointly notify the Court in advance of that date whether they wish to proceed with sentencing or seek another adjournment.

Respectfully submitted,

PREET BHARARA
United States Attorney

by: _____
Thomas McKay
Assistant United States Attorney
(212) 637-2268

cc:   Natali Todd, Esq.

GRANTED. The sentencing is adjourned to a control date of June 27, 2016 at 11:00 a.m. The parties shall submit their sentencing memoranda in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is directed to terminate the motion at Dkt. No. 42.
SO ORDERED.
                    4/21/2016
_____
PAUL A. ENGELMAYER
United States District Judge