# RICHARD B. LIND
ATTORNEY AT LAW
880 THIRD AVENUE
13TH FLOOR
NEW YORK, N.Y. 10022

---

TELEPHONE (212) 888-7725
FACSIMILE (212) 371-2961
E-MAIL: rlind@lindlawyer.com
WEBSITE: www.richardlindlawyer.com

April 27, 2016

**By ECF**

Hon. Paul A. Engelmayer
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

        Re:    <u>United States v. Jesse Rivera</u>
                  15 Cr. 877 (PAE)

Dear Judge Engelmayer:

      Yesterday, at the initial conference for defendant Rivera in the above-referenced case, the Court scheduled the next conference for May 31, 2016 at <u>10 a.m.</u> I looked at my diary today and I realized that I had already scheduled another, multi-defendant conference in front of Judge George B. Daniels for that same date and time.  I spoke to AUSA McKay this morning and he has no opposition to changing the time for the conference in this case to May 31, 2016 at <u>11 a.m.</u>

      Thank you for the Court's consideration of this request.

                                          Respectfully submitted,

                                          Richard B. Lind

cc: AUSA Thomas McKay (by ECF)