USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

         -v-

JESSE RIVERA,
EDWIN LEON,
JEFFREY SERANO,
ANTHONY MORENO,
VERMEL RHAMES,
REMEL HAYNES,
JUAN MENDEZ

                Defendants.

------------------------------------------------------------------X

15-CR-877 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ORDERED that a conference in this matter is scheduled for **August 15, 2016**, at **10:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. For the reasons stated on the record, time is excluded, pursuant to 18 U.S.C. (h)(7)(A), until August 15, 2016 for all defendants.

SO ORDERED.

Dated: June 24, 2016
      New York, New York

                                       _____
                                       PAUL A. ENGELMAYER
                                       United States District Judge