UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JESSE RIVERA, et al.,

                Defendants.

15 Cr. 877 (PAE)

~~PROPOSED~~ ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2016

      Upon the application of Edwin Leon, a defendant in the above-captioned matter, by his attorney Valerie A. Gotlib, Esq., for an order directing the Metropolitan Correctional Center ("MCC") to allow the court-appointed doctor entry into the MCC to evaluate Mr. Leon;

      IT IS HEREBY ORDERED, that the MCC grant permission to Cheryl Paradis, PSY.D., a clinical and forensic psychologist, to enter the MCC to evaluate Mr. Leon on September 14, 2016, starting at approximately 9:00am, and, if needed, on subsequent dates.

The Clerk of Court is requested to terminate the motion at Dkt. No. 112.

Dated: New York, New York
       September 7, 2016

SO ORDERED

*Paul A. Engelmayer* (signature)

The Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York

This document was entered on the docket on _____.