# RICHARD B. LIND
ATTORNEY AT LAW
880 THIRD AVENUE
13TH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725
FACSIMILE (212) 371-2961
E-MAIL: rlind@lindlawyer.com
WEBSITE: www.richardlindlawyer.com

September 7, 2016

**_By ECF_**

Hon. Paul A. Engelmayer
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

        Re:   <u>United States v. Jesse Rivera</u>
                 15 Cr. 877 (PAE)

Dear Judge Engelmayer:

      There has been a breakdown in communications and the attorney-client relationship between myself and Mr. Rivera that I believe necessitates the appointment of new defense counsel. Indeed, at an hour-long meeting at the MCC this morning, Mr. Rivera read to me a copy of a letter he claims he had mailed to the Court seeking new appointed counsel. Accordingly, I am writing to request that the Court resolve this issue as soon as convenient in order to avoid any ill effect on Mr. Rivera's interests and ability to prepare for trial.

      Thank you for the Court's consideration of this request.

                                        Respectfully submitted,

                                        Richard B. Lind

cc: AUSA Thomas McKay (by ECF)