**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2016

September 21, 2016

**BY ECF and E-MAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Israel Torres*, 15 Cr. 877 (PAE)

Dear Judge Engelmayer:

Defendant Israel Torres is currently scheduled to be sentenced on September 21, 2016, at 2:30 p.m.  I recently had a final pretrial conference for an upcoming trial rescheduled to that date at 2:00 p.m.  I understand from speaking to Your Honor's courtroom deputy and defense counsel that all parties are available at 3:30 p.m. on the same date, and therefore the Government respectfully requests that the Court move the sentencing to 3:30 p.m. on September 21, 2016.

Respectfully submitted,

PREET BHARARA
United States Attorney

by: _____
Thomas McKay
Assistant United States Attorney
(212) 637-2268

cc:   Natali Todd, Esq.

GRANTED. Sentencing is adjourned to 3:30 p.m. on **September 27, 2016.** The Clerk of Court is requested to terminate the motion at Dkt. No. 123.  SO ORDERED.

9/21/2016

_____
Paul A. Engelmayer
United States District Judge